472

**No. 39781.**—Protests 936894–G, etc., of Bush Woolen Mills Co. (Philadelphia).

Opinion by FIRST DIVISION.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39782.**—Protest 340826–G of Max Cohen & Jackson, Inc. (New York).

Opinion by TILSON, J.   The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39783.**—Protest 448988–G of L. L. Warschauer (New York).

Opinion by TILSON, J.   Artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419 as claimed.

**No. 39784.**—Protests 660273–G, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of wearing apparel, knit, similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416).   The claim under paragraph 1114 was therefore sustained.

**No. 39785.**—Protests 681544–G, etc., of Bergdorf & Goodman Co. et al. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of wearing apparel, knit, similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416).   The claim under paragraph 1114 was therefore sustained.

**No. 39786.**—Protests 481538–G, etc., of Lord & Taylor et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.